UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| **YVONNE MARIE DUNCAN,** | )<br>) | CASE NO. **13-60488-PMB** |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF HEARING ON MOTION TO DISMISS OR MODIFY PLAN**

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee in this case has filed a Motion to Dismiss Case or Modify Plan. All objections must state the grounds therefor and must be filed no later than seven (7) days prior to the date of the hearing set below, and must be filed with the

Clerk, United States Bankruptcy Court:
1340 U.S. Courthouse (and Richard B. Russell Federal Building)
75 Ted Turner Drive S.W.
Atlanta, Ga 30303-3367

and a copy served upon the Chapter 13 Trustee

Adam M. Goodman
260 Peachtree Street, Suite 200
Atlanta, Georgia 30303

**Hearing will be held** on **April 28, 2016**, at **2:00 pm** Richard B. Russell Building, 75 Ted Turner Drive S.W., **Courtroom 1202**, Atlanta, GA 30303-3367.

This the 28 day of March, 2016

/s/ _____
Jason L. Rogers
GA Bar No. 142575
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Ph. 678-510-1444
FAX 678-510-1450

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| **YVONNE MARIE DUNCAN ,** | )<br>)<br>) | CASE NO. **13-60488 - PMB** |
| | ) | |
| DEBTOR. | ) | |

## MOTION TO DISMISS CASE OR MODIFY PLAN

Comes now Adam M. Goodman, Standing Chapter 13 Trustee, and files this *Motion to Dismiss Case or Modify Plan*, and respectfully shows the Court the following:

1.

Debtor filed this case under Chapter 13 on May 10, 2013, and the Plan was confirmed on July 29, 2013. This Plan currently provides for payments in the amount of $550.00 per month, an applicable commitment period of sixty (60) months and 0% to be paid to unsecured creditors.

2.

The confirmed Plan also provides that tax refunds which Debtor is entitled to receive during the applicable commitment period, or for the years 2013, 2014, 2015, 2016 and 2017, shall be remitted to Trustee for disbursement to creditors under this Plan.

3.

During this case, Trustee did not receive the federal income tax refunds for the years 2013, 2014 and 2015.

4.

Debtor failed to remit the required tax refunds to the Chapter 13 Trustee, and Debtor is in material default of the terms of the confirmed Plan and has caused unreasonable delay that is prejudicial to creditors. Therefore, this case should be dismissed. 11 U.S.C. § 1307(c).

5.

In the alternative, under 11 U.S.C. §§ 1329(a)(1), 1329(a)(2), 1329(b)(1) and 1325(a)(3), the Plan should be modified and the base of the Plan should be increased in the amount of all refunds Debtor *should* have contributed to this case. Debtor must provide tax returns for all years from the filing of the petition to determine the proper amount of this adjustment.

WHEREFORE, based on the foregoing, Trustee respectfully requests that the Chapter 13 case be dismissed or that Debtors' confirmed Plan be modified to increase the base, and for such other relief as the Court deems just and proper.

This the 28 day of March, 2016

Respectfully submitted,

/s/
_____
Jason L. Rogers
GA Bar No. 142575
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Ph. 678-510-1444
FAX 678-510-1450

13-60488-PMB               **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR:

Yvonne Marie Duncan
1457 E. Raintree Crossing
Roswell, GA  30076

DEBTOR'S ATTORNEY:

King & King Law L.L.C
215 Pryor Street, Sw
Atlanta, GA  30303

this Motion to Dismiss case or Modify Plan by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This the 28 day of March, 2016

                                        Prepared and Presented by:

/s/ _____
Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax