

**IT IS ORDERED as set forth below:**

**Date: May 9, 2016**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| | ) | |
| **YVONNE M. DUNCAN,** | ) | **CASE NO. 13-60488-PMB** |
| | ) | |
| **DEBTOR.** | ) | |

## CONSENT ORDER ON THE TRUSTEE'S
## MOTION TO DISMISS CASE OR MOTION TO MODIFY PLAN

On March 28, 2016, the Chapter 13 Trustee filed a *Motion to Dismiss or Motion to Modify Plan* (Doc. No. 40)("Motion"), which was scheduled for a hearing April 28, 2016.  As the parties reached agreement, it is hereby

**ORDERED** that the Debtor's Plan base shall be increased by $234.00 to account for the 2013 federal tax refund, less the amount that Debtor was permitted to retain under the plan.

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this

Order upon the Debtor, Debtor's attorney, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Presented by:

_____/s/_____
Jason L. Rogers,
GA Bar No. 142575
Attorney for the Chapter 13 Trustee
260 Peachtree Street, NW
Suite 200
Atlanta, GA  30303
(678) 510-1444

Consented to:

_____/s/_____(with permission)
Alaina Joseph
GA Bar No.  940583
Attorney for Debtor
King and King Law, LLC
215 Pryor Street
Atlanta, GA 30303
404-524-6400